**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EUGENIO YORANDYS HERNANDEZ PEREZ,

Petitioner,

v. No. 2:26-cv-02783-MLG-JFR

DORA CASTRO, Warden, Otero County
Processing Center, et al.,

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on pro se Petitioner Eugenio Yorandys Hernandez Perez's petition for writ of habeas corpus ("Petition"), Doc. 1. A hearing on the Petition was held November 23, 2026. Having considered the Petition and being otherwise fully informed, the Court finds that the Petition is not well taken and should be denied. *See* 8 U.S.C. § 1226(c), (e). For the reasons stated on the record during the November 23, 2026, hearing, the Court denies the Petition.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA